# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDIE NANHEE KIM,<br><br>                Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. CV 13-01841-JEM<br><br>**JUDGMENT** |

     In accordance with the Memorandum Opinion and Order Reversing Decision of Commissioner filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this case REMANDED for further proceedings in accordance with this Memorandum Opinion and Order and with law.

DATED: December 18, 2013                           */s/ John E. McDermott*
                                                                           JOHN E. MCDERMOTT
                                                   UNITED STATES MAGISTRATE JUDGE