Vijay J. Patel
Attorney at Law: 285585
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Brandie Nanhee Kim

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDIE NANHEE KIM,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 2:13-cv-01841-RGK-JEM<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

1  IT IS ORDERED that fees and expenses in the amount of $5,900.00 as
2  authorized by 28 U.S.C. § 2412 and costs in the amount of $350.00 as authorized
3  by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
4  DATE: March 21, 2014

*[Signature]*

THE HONORABLE JOHN E MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

13  Respectfully submitted,
14  LAW OFFICES OF Lawrence D. Rohlfing
15  /s/ *Vijay J. Patel*
16  Vijay J. Patel
    Attorney for plaintiff Brandie Nanhee Kim